# EXHIBIT 1

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. WISE BROTHER MEDIA, INC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#1 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3175927
Date Taken: 11/07/2012
Photo Description: \'Modern Family\' star Julie Bowen keeps her pace with her iphone as she goes for a jog in Los Angeles.

Registration Number: UNREGISTERED

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/50278
Observed Date: 05/10/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#2 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3175927
Date Taken: 11/07/2012
Photo Description: \'Modern Family\' star Julie Bowen keeps her pace with her iphone as she goes for a jog in Los Angeles.

Registration Number: UNREGISTERED

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/50278
Observed Date: 05/10/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#3 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3175922
Date Taken: 11/07/2012
Photo Description: \'Modern Family\' star Julie Bowen keeps her pace with her iphone as she goes for a jog in Los Angeles.

Registration Number: UNREGISTERED

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/50278
Observed Date: 05/10/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. WISE BROTHER MEDIA, INC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#4 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3175922
Date Taken: 11/07/2012
Photo Description: \'Modern Family\' star Julie Bowen keeps her pace with her iphone as she goes for a jog in Los Angeles.
Registration Number: UNREGISTERED

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/50278
Observed Date: 05/10/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#5 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3149882
Date Taken: 10/21/2012
Photo Description: Rihanna gets to work filming a fiery new music video for \'Diamonds\' in Los Angeles.
Cpoyright Application Date: 10/30/2012
Application Number: 1-844507472
Copyright Registration Date: 10/30/2012
Registration Number: VA0001836246

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/49389
Observed Date: 05/17/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#6 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10051210
Date Taken: 10/21/2012
Photo Description: Rihanna gets to work filming a fiery new music video for \'Diamonds\' in Los Angeles.
Cpoyright Application Date: 10/30/2012
Application Number: 1-844507472
Copyright Registration Date: 10/30/2012
Registration Number: VA0001836246

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/49389
Observed Date: 05/17/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. WISE BROTHER MEDIA, INC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#7 OF 41**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10051190
Date Taken: 10/21/2012
Photo Description: Rihanna gets to work filming a fiery new music video for \'Diamonds\' in Los Angeles.
Cpoyright Application Date: 10/30/2012
Application Number: 1-844507472
Copyright Registration Date: 10/30/2012
Registration Number: VA0001836246

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/49389
Observed Date: 05/17/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#8 OF 41**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3113393
Date Taken: 09/27/2012
Photo Description: Kesha lives up to her wild and unique reputation, dressing up in revealing outfits for her new music video \'Die Young\' in Los Angeles.
Cpoyright Application Date: 12/03/2012
Application Number: 1-859361051
Copyright Registration Date: 12/03/2012
Registration Number: VA0001848265

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/48240
Observed Date: 06/28/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#9 OF 41**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 89862
Date Taken: 01/26/2013
Photo Description: Christina Milian, sporting a plunging black one piece, spends the day at the beach with friends in Miami.

Registration Number: UNREGISTERED

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/53341
Observed Date: 07/29/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. WISE BROTHER MEDIA, INC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#10 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3113438
Date Taken: 09/26/2012
Photo Description: Jessica Stroup gets in touch with her inner football player on the set of \'90210\' in Los Angeles.
Cpoyright Application Date: 11/12/2012
Application Number: 1-849565062
Copyright Registration Date: 11/12/2012
Registration Number: VA0001836333

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/48240
Observed Date: 08/12/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#11 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 100466
Date Taken: 07/08/2013
Photo Description: Brandi Glanville, Eddie Cibrian\'s ex, leaves Dan Tana\'s in West Hollywood then heads to the London hotel nearly falling several times as she exits the taxi.
Cpoyright Application Date: 07/08/2013
Application Number: 1-966111692
Copyright Registration Date: 07/18/2013
Registration Number: VA0001876038

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/60702
Observed Date: 08/26/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#12 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3113432
Date Taken: 09/26/2012
Photo Description: AnnaLynne McCord gets in touch with her inner football player on the set of \'90210\' in Los Angeles - 84673PCN_Nine.
Cpoyright Application Date: 11/12/2012
Application Number: 1-849565062
Copyright Registration Date: 11/12/2012
Registration Number: VA0001836333

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/48240
Observed Date: 08/12/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. WISE BROTHER MEDIA, INC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#13 OF 41**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3113419
Date Taken: 09/26/2012
Photo Description: AnnaLynne McCord gets in touch with her inner football player on the set of \'90210\' in Los Angeles.
Cpoyright Application Date: 11/12/2012
Application Number: 1-849565062
Copyright Registration Date: 11/12/2012
Registration Number: VA0001836333

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/48240
Observed Date: 08/12/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#14 OF 41**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3113430
Date Taken: 09/26/2012
Photo Description: AnnaLynne McCord gets in touch with her inner football player on the set of \'90210\' in Los Angeles.
Cpoyright Application Date: 11/12/2012
Application Number: 1-849565062
Copyright Registration Date: 11/12/2012
Registration Number: VA0001836333

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/48240
Observed Date: 08/12/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#15 OF 41**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3113416
Date Taken: 09/26/2012
Photo Description: AnnaLynne McCord gets in touch with her inner football player on the set of \'90210\' in Los Angeles.
Cpoyright Application Date: 11/12/2012
Application Number: 1-849565062
Copyright Registration Date: 11/12/2012
Registration Number: VA0001836333

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/48240
Observed Date: 08/12/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. WISE BROTHER MEDIA, INC.

COPYRIGHTED IMAGE

INFRINGEMENT#16 OF 41

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3113458
Date Taken: 09/26/2012
Photo Description: AnnaLynne McCord gets in touch with her inner football player on the set of \'90210\' in Los Angeles.
Cpoyright Application Date: 11/12/2012
Application Number: 1-849565062
Copyright Registration Date: 11/12/2012
Registration Number: VA0001836333

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/48240
Observed Date: 08/12/2013

WEB PAGE CAPTURE

COPYRIGHTED IMAGE

INFRINGEMENT#17 OF 41

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3113462
Date Taken: 09/26/2012
Photo Description: AnnaLynne McCord gets in touch with her inner football player on the set of \'90210\' in Los Angeles.
Cpoyright Application Date: 11/12/2012
Application Number: 1-849565062
Copyright Registration Date: 11/12/2012
Registration Number: VA0001836333

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/48240
Observed Date: 08/12/2013

WEB PAGE CAPTURE

COPYRIGHTED IMAGE

INFRINGEMENT#18 OF 41

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3262115
Date Taken: 01/04/2013
Photo Description: Rosario Dawson is seen in a bikini on a beach in the Barbados.
Cpoyright Application Date: 01/15/2013
Application Number: 1-877327722
Copyright Registration Date: 01/15/2013
Registration Number: VA0001848273

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/52334
Observed Date: 08/22/2013

WEB PAGE CAPTURE

01/08/2014 18:06:54

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. WISE BROTHER MEDIA, INC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#19 OF 41**

Photo Owner: National Photo Group, LLC
Photo ID Number: 42312
Date Taken: 04/20/2012
Photo Description: Ashton Kutcher and Mila Kunis enjoy a getaway weekend together in Los Angles.
Cpoyright Application Date: 05/21/2012
Application Number: 1-769893061
Copyright Registration Date: 05/21/2012
Registration Number: VA0001824676

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/40367
Observed Date: 10/10/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**



**INFRINGEMENT#20 OF 41**

Photo Owner: National Photo Group, LLC
Photo ID Number: 42312
Date Taken: 04/20/2012
Photo Description: Ashton Kutcher and Mila Kunis enjoy a getaway weekend together in Los Angles.
Cpoyright Application Date: 05/21/2012
Application Number: 1-769893061
Copyright Registration Date: 05/21/2012
Registration Number: VA0001824676

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/40367
Observed Date: 10/10/2013

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**

**INFRINGEMENT#21 OF 41**

Photo Owner: National Photo Group, LLC
Photo ID Number: 42312
Date Taken: 04/20/2012
Photo Description: Ashton Kutcher and Mila Kunis buying sunflowers.
Cpoyright Application Date: 05/21/2012
Application Number: 1-769893061
Copyright Registration Date: 05/21/2012
Registration Number: VA0001824676

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/40367
Observed Date: 10/10/2013

**WEB PAGE CAPTURE**



Case 2:14-cv-04282-PSG-JC Document 1-1 Filed 01/24/14 Page 8 of 15 Page ID #:16

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. WISE BROTHER MEDIA, INC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#22 OF 41**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3113395
Date Taken: 09/27/2012
Photo Description: Kesha is seen living up to her wild and unique reputation, dressing up in revealing outfits for her new music video 'Die Young' in Los Angeles.
Cpoyright Application Date: 12/03/2012
Application Number: 1-859361051
Copyright Registration Date: 12/03/2012
Registration Number: VA0001848265

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/48240
Observed Date: 03/18/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#23 OF 41**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3262122
Date Taken: 01/04/2013
Photo Description: Danny Boyle and Rasario Dawson sunbathe in Barbados.
Cpoyright Application Date: 01/15/2013
Application Number: 1-877327722
Copyright Registration Date: 01/15/2013
Registration Number: VA0001848273

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/52334
Observed Date: 03/18/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#24 OF 41**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3113410
Date Taken: 09/27/2012
Photo Description: Kesha lives dresses up in a new outfit for her new music video 'Die Young' in Los Angeles.
Cpoyright Application Date: 12/03/2012
Application Number: 1-859361051
Copyright Registration Date: 12/03/2012
Registration Number: VA0001848265

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/48240
Observed Date: 04/02/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. WISE BROTHER MEDIA, INC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#25 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3155016
Date Taken: 10/24/2012
Photo Description: A pregnant Holly Madison seen lounging by the pool in Las Vegas.
Cpoyright Application Date: 11/19/2012
Application Number: 1-844507495
Copyright Registration Date: 11/19/2012
Registration Number: VA0001848033

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/49568
Observed Date: 04/03/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#26 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3155016
Date Taken: 10/24/2012
Photo Description: A pregnant Holly Madison seen lounging by the pool in Las Vegas.
Cpoyright Application Date: 11/19/2012
Application Number: 1-844507495
Copyright Registration Date: 11/19/2012
Registration Number: VA0001848033

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/49568
Observed Date: 10/17/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#27 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3155012
Date Taken: 10/24/2012
Photo Description: A pregnant Holly Madison seen lounging by the pool in Las Vegas.
Cpoyright Application Date: 11/19/2012
Application Number: 1-844507495
Copyright Registration Date: 11/19/2012
Registration Number: VA0001848033

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/49568
Observed Date: 10/17/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. WISE BROTHER MEDIA, INC.

COPYRIGHTED IMAGE

**INFRINGEMENT#28 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3155000
Date Taken: 10/24/2012
Photo Description: A pregnant Holly Madison seen lounging by the pool in Las Vegas.
Cpoyright Application Date: 11/19/2012
Application Number: 1-844507495
Copyright Registration Date: 11/19/2012
Registration Number: VA0001848033

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/49568
Observed Date: 10/17/2013

WEB PAGE CAPTURE

COPYRIGHTED IMAGE

**INFRINGEMENT#29 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3155004
Date Taken: 10/24/2012
Photo Description: A pregnant Holly Madison seen lounging by the pool in Las Vegas.
Cpoyright Application Date: 11/19/2012
Application Number: 1-844507495
Copyright Registration Date: 11/19/2012
Registration Number: VA0001848033

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/49568
Observed Date: 10/17/2013

WEB PAGE CAPTURE

COPYRIGHTED IMAGE

**INFRINGEMENT#30 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3155017
Date Taken: 10/24/2012
Photo Description: A pregnant Holly Madison seen lounging by the pool in Las Vegas.
Cpoyright Application Date: 11/19/2012
Application Number: 1-844507495
Copyright Registration Date: 11/19/2012
Registration Number: VA0001848033

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/49568
Observed Date: 10/17/2013

WEB PAGE CAPTURE

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. WISE BROTHER MEDIA, INC.

COPYRIGHTED IMAGE

**INFRINGEMENT#31 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3155010
Date Taken: 10/24/2012
Photo Description: A pregnant Holly Madison seen lounging by the pool in Las Vegas.
Cpoyright Application Date: 11/19/2012
Application Number: 1-844507495
Copyright Registration Date: 11/19/2012
Registration Number: VA0001848033

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/49568
Observed Date: 10/17/2013

WEB PAGE CAPTURE

COPYRIGHTED IMAGE

**INFRINGEMENT#32 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3262115
Date Taken: 01/04/2013
Photo Description: Rosario Dawson is seen in a bikini on a beach in the Barbados.
Cpoyright Application Date: 01/15/2013
Application Number: 1-877327722
Copyright Registration Date: 01/15/2013
Registration Number: VA0001848273

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/52334
Observed Date: 10/17/2013

WEB PAGE CAPTURE

COPYRIGHTED IMAGE

**INFRINGEMENT#33 OF 41**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3262119
Date Taken: 01/04/2013
Photo Description: Danny Boyle was photographed giving the once over to his new leading lady Rosario Dawson in Barbados.
Cpoyright Application Date: 01/15/2013
Application Number: 1-877327722
Copyright Registration Date: 01/15/2013
Registration Number: VA0001848273

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/52334
Observed Date: 10/17/2013

WEB PAGE CAPTURE

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. WISE BROTHER MEDIA, INC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#34 OF 41**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3262143
Date Taken: 01/04/2013
Photo Description: Rosario Dawson sunbathes topless with her boyfriend, director Danny Boyle.
Cpoyright Application Date: 01/15/2013
Application Number: 1-877327722
Copyright Registration Date: 01/15/2013
Registration Number: VA0001848273

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/52334
Observed Date: 10/17/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#35 OF 41**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3262113
Date Taken: 01/04/2013
Photo Description: Danny Boyle and Rasario Dawson sunbathe in Barbados.
Cpoyright Application Date: 01/15/2013
Application Number: 1-877327722
Copyright Registration Date: 01/15/2013
Registration Number: VA0001848273

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/52334
Observed Date: 10/17/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#36 OF 41**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3026860

Photo Description: Heather Locklear shows she is hotter than ever at 50 while playing tennis in Malibu in a bright pink mini skirt.

Registration Number: UNREGISTERED

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/45440
Observed Date: 10/10/2013

**WEB PAGE CAPTURE**

01/08/2014 18:06:54

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. WISE BROTHER MEDIA, INC.

| COPYRIGHTED IMAGE | INFRINGEMENT | DOMAIN / URL | WEB PAGE CAPTURE |
|---|---|---|---|
| | **INFRINGEMENT#37 OF 41**<br>Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3026860<br><br>Photo Description: Heather Locklear shows she is hotter than ever at 50 while playing tennis in Malibu in a bright pink mini skirt.<br><br>Registration Number: UNREGISTERED | Domain: www.wisebrother.com<br>URL: http://www.wisebrother.com/tcs/story/45440<br>Observed Date: 10/10/2013 | |
| | **INFRINGEMENT#38 OF 41**<br>Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3026861<br><br>Photo Description: Heather Locklear shows she is hotter than ever at 50 while playing tennis in Malibu in a bright pink mini skirt.<br><br>Registration Number: UNREGISTERED | Domain: www.wisebrother.com<br>URL: http://www.wisebrother.com/tcs/story/45440<br>Observed Date: 10/10/2013 | |
| | **INFRINGEMENT#39 OF 41**<br>Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 3026857<br><br>Photo Description: Heather Locklear shows she is hotter than ever at 50 while playing tennis in Malibu in a bright pink mini skirt.<br><br>Registration Number: UNREGISTERED | Domain: www.wisebrother.com<br>URL: http://www.wisebrother.com/tcs/story/45440<br>Observed Date: 10/10/2013 | |

01/08/2014 18:06:54

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News v. WISE BROTHER MEDIA, INC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#40 OF 41**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3026855

Photo Description: Heather Locklear shows she is hotter than ever at 50 while playing tennis in Malibu in a bright pink mini skirt.

Registration Number: UNREGISTERED

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/45440
Observed Date: 10/10/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#41 OF 41**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 3026854

Photo Description: Heather Locklear shows she is hotter than ever at 50 while playing tennis in Malibu in a bright pink mini skirt.

Registration Number: UNREGISTERED

Domain: www.wisebrother.com
URL: http://www.wisebrother.com/tcs/story/45440
Observed Date: 10/10/2013

**WEB PAGE CAPTURE**